%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern    District of    New York

MADELINE WEINRIB

V.

WILLIAMS-SONOMA INC., d/b/a POTTERY BARN and d/b/a WEST ELM, et al.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 08 CIV 5695

TO: (Name and address of Defendant)

POTTERY BARN, INC.
By serving the Registered Agent
CORPORATION SERVICE COMPANY d/b/a CSC - LAWYERS INCORPORATING SERVICE
2730 GATEWAY OAKS DR STE 100
SACRAMENTO, CA 95833

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas H. Curtin
Andrew J. Sanders
LATHROP & GAGE L.C.
230 Park Avenue
New York, NY 10169

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON    JUN 2 5 2008
CLERK                 DATE

(By) DEPUTY CLERK

| Attorney or Party without Attorney: | Telephone No.: | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: 7LG9136390/91/92 | |

Insert name of Court, and Judicial District and Branch Court:
U.s. District Court, Southern District Of New York

Plaintiff: MADELINE WEINRIB
Defendant: WILLIAMS-SONOMA, INC., ETC., ET AL.

| AFFIDAVIT OF SERVICE (Summons In A Civil Action;) | Hearing Date: | Time: | Dept/Div | Case Number: '08 CIV 5695 |
|---|---|---|---|---|

1. At the time of service I was at least 18 Years of age and not a party to this action.

2. **I served copies** of the:
   Summons In A Civil Action; Complaint And Jury Demand; Exhibit A; Electronic Case Filing Rules & Instructions

3. a. Party Served: POTTERY BARN, INC. (Defendant)
   b. Person Served: BECKY DeGEORGE, AUTHORIZED AGENT /MANAGING AGENT

4. Address where the party was served: CORPORATION SERVICE COMPANY
   2730 GATEWAY OAKS DRIVE
   SUITE 100
   SACRAMENTO, CA 95833

5. I served the party:
   a. **by personal service** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed, Jul. 02, 2008 (2) at: 2:55PM

7. Person who served the papers:
   a. T. ANDY HARRIS
   b. AETNA JUDICIAL SERVICE INC.
   225 BROADWAY, SUITE 1802
   NEW YORK, NY 10007
   c. (212) 267-2671

The Fee for service was:
**I Declare** under penalty of perjury under the laws of the State of **New York** that the foregoing is true and correct.

7LG9136391

ELLIOTT BENNER
COMM. # 1777865
NOTARY PUBLIC - CALIFORNIA
SACRAMENTO COUNTY
COMM. EXPIRES NOV. 4, 2011

6. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State, Jul. 03, 2008

My Commission Expires: Nov. 4, 2011 (Date)

(Notary public)    2344.89882