UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| MADELINE WEINRIB, | : |
| Plaintiff, | : |
| v. | : Civ. No. 08 CV 5695 (HB)(FM) |
| WILLIAMS-SONOMA, INC., d/b/a Pottery Barn and d/b/a West Elm, POTTERY BARN, INC. and WEST ELM, INC., | : |
| | : |
| Defendants. | : |
| | : |

- - - - - - - - - - - - - - - - - - - - - - - x

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT WILLIAMS-SONOMA, INC. UNDER FED. R. CIV. P. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Williams-Sonoma, Inc., certifies the following:

1. Defendant Williams-Sonoma, Inc. is a California corporation who has no parent corporation.

2. There are no other publicly held companies that hold more than 10% of stock in Defendant Williams-Sonoma, Inc.

DATED: August 11, 2008            Respectfully submitted,

                                                                PROSKAUER ROSE LLP

                                                                By:  _____/s/_____
                                                                     Kevin J. Perra (KP-3723)
                                                                     Andrew I. Gerber (AG-0779)

                                                                    1585 Broadway
                                                                    New York, NY 10036
                                                                    (212) 969-3454 (Telephone)
                                                                    (212) 969-2900 (Facsimile)
                                                                    kperra@proskauer.com
                                                                    agerber@proskauer.com

                                              *Attorneys for Defendants*
                                              *WILLIAMS-SONOMA, INC., d/b/a Pottery Barn and*
                                              *d/b/a West Elm, POTTERY BARN, INC. and*
                                              *WEST ELM, INC.*