UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - x

MADELINE WEINRIB,                          :

                          Plaintiff,          :

v.                                         :      Civ. No. 08 CV 5695 (HB)(FM)

WILLIAMS-SONOMA, INC., d/b/a Pottery Barn  :
and d/b/a West Elm, POTTERY BARN, INC.
and WEST ELM, INC.,                        :

                       Defendants.         :

                                :
- - - - - - - - - - - - - - - - - - - - - - - x


**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT POTTERY BARN, INC.
UNDER FED. R. CIV. P. 7.1**

       Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant

Pottery Barn, Inc., certifies the following:

       1.      Defendant Pottery Barn, Inc. is a California corporation wholly owned by co-

defendant parent Williams-Sonoma, Inc.

       2.      There are no other publicly held companies that hold more than 10% of stock in

Defendant Pottery Barn, Inc.

DATED:  August 11, 2008            Respectfully submitted,

PROSKAUER ROSE LLP


By: _____/s/_____
      Kevin J. Perra (KP-3723)
      Andrew I. Gerber (AG-0779)

      1585 Broadway
      New York, NY  10036
      (212) 969-3454 (Telephone)
      (212) 969-2900 (Facsimile)
      kperra@proskauer.com
      agerber@proskauer.com

*Attorneys for Defendants*
*WILLIAMS-SONOMA, INC., d/b/a Pottery Barn and*
*d/b/a West Elm, POTTERY BARN, INC. and*
*WEST ELM, INC.*