UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| MADELINE WEINRIB, | : |
| Plaintiff, | : |
| v. | : Civ. No. 08 CV 5695 (HB)(FM) |
| WILLIAMS-SONOMA, INC., d/b/a Pottery Barn and d/b/a West Elm, POTTERY BARN, INC. and WEST ELM, INC., | : : |
| Defendants. | : |
| | : |

------------------------------------------------------------x

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT WEST ELM, INC. UNDER FED. R. CIV. P. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant West Elm, Inc., certifies the following:

1. Defendant West Elm, Inc. is a California corporation wholly owned by co-defendant parent Williams-Sonoma, Inc.

2. There are no other publicly held companies that hold more than 10% of stock in Defendant West Elm, Inc.

DATED:  August 11, 2008                Respectfully submitted,

                                                           PROSKAUER ROSE LLP

                                                         By:  _____/s/_____
                                                              Kevin J. Perra (KP-3723)
                                                               Andrew I. Gerber (AG-0779)

                                                               1585 Broadway
                                                               New York, NY  10036
                                                               (212) 969-3454 (Telephone)
                                                               (212) 969-2900 (Facsimile)
                                                               kperra@proskauer.com
                                                               agerber@proskauer.com

                                                               *Attorneys for Defendants*
*WILLIAMS-SONOMA, INC., d/b/a Pottery Barn and d/b/a West Elm, POTTERY BARN, INC. and WEST ELM, INC.*