UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - x

MADELINE WEINRIB,                                    :

                    Plaintiff,              :

v.                                                   :

WILLIAMS-SONOMA, INC., d/b/a Pottery Barn    :
and d/b/a West Elm, POTTERY BARN, INC.
and WEST ELM, INC.,                                  :

                  Defendants.            :

                              :

- - - - - - - - - - - - - - - - - - - - - - x

Civ. No. 08 CV 5695 (HB)(FM)

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendants WILLIAMS-

SONOMA, INC., d/b/a Pottery Barn and d/b/a West Elm, POTTERY BARN, INC. and WEST

ELM, INC.   I certify that I am admitted to practice in this Court.

Dated:  New York, New York
        August 11, 2008

                          PROSKAUER ROSE LLP

                          _____
                            Andrew I. Gerber (AG-0779)

                          1585 Broadway
                          New York, NY  10036
                          (212) 969-3696 (Telephone)
                          (212) 969-2900 (Facsimile)
                          agerber@proskauer.com

                          *Attorneys for Defendants*
                          *WILLIAMS-SONOMA, INC., d/b/a Pottery*
                          *Barn and d/b/a West Elm, POTTERY BARN,*
                          *INC. and WEST ELM, INC.*