```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MADELINE WEINRIB,

    Plaintiff and Counterclaim Defendant,

-against-

WILLIAMS-SONOMA, INC., d/b/a
Pottery Barn and d/b/a West Elm,
POTTERY BARN, INC., and
WEST ELM, INC.,

    Defendants and Counterclaimants.
-----------------------------------------------------------x

08 Civ. 5695 (HB)(FM)

ORDER OF
DISCONTINUANCE

**Hon. HAROLD BAER, JR., District Judge:**

    This cause having duly come on to be heard before me and the attorneys for all parties having advised the Court that all claims asserted herein are settled or are in the process of being settled, it is hereby

    ORDERED that the above entitled action be and hereby is discontinued with prejudice and without costs to either party. Should settlement not be finalized by October 13, 2009, any party may apply to have the action reopened, and it is further

    ORDERED that the Clerk of the Court is instructed to close any pending motions, close this case and remove it from my docket.

SO ORDERED:
New York, New York
Dated: 9/16/09

_____
U.S.D.J.

I hereby consent to the entry of this proposed order:

LATHROP & GAGE LLP

_____
Thomas H. Curtin (TC-5753)
230 Park Avenue, Suite 1847
New York, New York 10169
(212) 850-6220 (tel)
(212) 850-6221 (fax)
Attorneys for Plaintiff/Counterclaim Defendant
MADELINE WEINRIB

PROSKAUER ROSE LLP

Kevin Perra (JP)
_____
Kevin J. Perra, Esq. (KP-3723)
1585 Broadway
New York, New York 10036-8299
(212) 969-3454
(212) 969-2900

TOWNSEND AND TOWNSEND
AND CREW LLP

/s/

Gregory S. Gilchrist (CA Bar 111536)
Tali L. Alban (CA Bar 255796)
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111-3834
(415) 576-0200
(415) 576-0300
Attorneys for Defendants and
Counterclaimants

NYDOCS 66160v1